### 18578

The SOUTH CAROLINA NATIONAL BANK OF CHARLESTON, Respondent, v. B. H. STEPP COMPANY, Inc., B. H. Stepp and Goodlett Equipment, Inc., Appellants.

(151 S. E. (2d) 752)

522

Messrs. *Edgar L. Morris* and *John W. McIntosh,* of Columbia, *for Appellant, Goodlett Equipment, Inc.,*

Messrs. *Herbert, Dial & Windham,* of Columbia, *for Respondent,*

December 1, 1966.

*Per Curiam:*

The issues raised in this appeal cannot be determined without a consideration of the testimony before the lower court, none of which is included in the Transcript of Record. Since the record does not contain the testimony necessary for us to properly pass upon the questions raised, the appeal is dismissed. *South Carolina State Highway Department v. Meredith,* 241 S. C. 306, 128 S. E. (2d) 179; *Martin v. One 1941 Plymouth,* 224 S. C. 432, 79 S. E. (2d) 710; *Furman v. Nelson,* 208 S. C. 249, 37 S. E. (2d) 741.